```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

JOHN J. LAWLESS,                    1:19-cv-16332-NLH

        Petitioner,     **MEMORANDUM OPINION & ORDER**

   v.

JOHN POWELL, et al.,

        Respondents.

**APPEARANCES**:

John J. Lawless
670597/688460-B
South Woods State Prison
215 South Burlington Road
Bridgeton, NJ 08302
    Petitioner pro se

**HILLMAN, District Judge**

    WHEREAS, Petitioner John J. Lawless filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, Respondents have moved to dismiss the petition as untimely, see ECF No. 6; and

    WHEREAS, Petitioner has moved for permission to file a traverse in response, see ECF No. 7; and

    WHEREAS, the Court interprets the motion as a request for additional time to file opposition to the motion to dismiss,

    THEREFORE, IT IS on this  10th   day of December, 2019

    ORDERED that Petitioner's motion (ECF No. 7) is granted.

Petitioner may file opposition within 30 days of this order; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Petitioner by regular first-class mail.

|  |  |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |